IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NOELIA PALOMO,      Plaintiff, | § § § § | |
| VS. | § | CIVIL ACTION NO. M-06-150 |
| | § § | |
| HOME DEPOT, INC., HOME DEPOT INC., STORE # 506 AND RICK LEAL STORE MANAGER AND RICK LEAL AS AGENT OF HOME DEPOT, INC.,      Defendants. | § § § § § § | |

## AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff Noelia Palomo and Defendants Home Depot U.S.A., Inc. (incorrectly identified as Home Depot, Inc., Home Depot Inc., Store # 506) and Rick Leal hereby stipulate that the above-entitled action may be dismissed with prejudice as to all of Plaintiff Noelia Palomo's claims against all Defendants with each party to bear its own costs of court.

Respectfully submitted,

/s/ Leo Pruneda
Leo Pruneda
State Bar No.: 16373400
Law Office of Leo Pruneda
621 South 10th Street
Edinburg, Texas 78539
Telephone: (956) 383-4822
Facsimile: (956) 383-4491
**ATTORNEY FOR PLAINTIFF
NOELIA PALOMO**

/s/ J. Alfred Southerland
J. Alfred Southerland
State Bar No. 18860050
One Allen Center
500 Dallas, Suite 3000
Houston, Texas 77002-4709
Telephone:  713/655-5753
Facsimile:   713/655-0020
**ATTORNEY FOR DEFENDANT**
**HOME DEPOT U.S.A., INC.**

**OF COUNSEL:**
**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
500 Dallas, Suite 300
Houston, Texas 77002-4709
Telephone:    713/655-5753
Facsimile:     713/655-0020

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of December, 2006, a true and correct copy of the foregoing document was forwarded by certified mail, return receipt requested, to the following counsel:

Mr. Leo Pruneda
Law Office of Leo Pruneda
621 South 10th Street
Edinburg, Texas 78539

/s/ J. Alfred Southerland
J. Alfred Southerland

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **NOELIA PALOMO,** | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. M-06-150** |
| | § | |
| | § | |
| **HOME DEPOT, INC., HOME DEPOT** | § | |
| **INC., STORE # 506 AND RICK LEAL** | § | |
| **STORE MANAGER AND RICK LEAL** | § | |
| **AS AGENT OF HOME DEPOT, INC.,** | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Amended Joint Stipulation of Dismissal filed pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff Noelia Palomo's action is dismissed with prejudice as to all claims against Home Depot U.S.A., Inc. (incorrectly identified as Home Depot, Inc., Home Depot Inc., Store # 506) and Rick Leal.  Each party shall bear its own costs of court.

SIGNED this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

4555663.1